United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EHSANULLAH ASADULLAH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-631 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER REFERRING CASE

This case is referred to United States Magistrate Judge Ignacio Torteya, III to conduct all pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1).

Signed on June 5, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge