United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **EHSANULLAH ASADULLAH,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-631** |
| | § | |
| **FRANCISCO VENEGAS,** in his official | § | |
| capacity, Warden of El Valle Detention | § | |
| Facility, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Ehsanullah Asadullah's "Petition for a Writ of Habeas Corpus" ("§ 2241 Petition") and "Application for Order to Show Cause Pursuant to 28 U.S.C. Section 2243" ("Motion"). Dkt. Nos. 1, 3. Asadullah lists various individuals, including Francisco Venegas, as Respondents (collectively, the "Government"). Dkt. No. 1.

Asadullah's Motion [Dkt. No. 3] is hereby **GRANTED**, in part. The Government is **ORDERED** to file a response to Asadullah's § 2241 Petition on or before **July 6, 2026**. If Asadullah wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED.**

**SIGNED** on this **22nd** day of **June, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**