United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EHSANULLAH ASADULLAH, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-631 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ehsanullah Asadullah filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing.

On October 23, 2026, Respondents informed the Court that Petitioner was removed to Afghanistan and moved to dismiss Petitioner's claims. (*See* Motion to Dismiss, Doc. 12; Garcia Decl., Doc. 12–1) Petitioner's removal renders moot his habeas petition. As a result, it is:

**ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot (Doc. 12) is **GRANTED**;

**ORDERED** that Petitioner Ehsanullah Asadullah's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 26, 2026.

Fernando Rodriguez, Jr.
United States District Judge